**Order entered December 4, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00918-CV

### TE LUN WANG, Appellant

### V.

### XIANGYU CAO, ET AL., Appellees

### On Appeal from the 429th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 429-04995-2017

## ORDER

Before the Court is the December 2, 2019 request of Cindy Bardwell, Official Court Reporter for the 429th Judicial District Court, for an extension of time to file the reporter's record. We **GRANT** the request and extend the time to **December 12, 2019**.

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Bardwell; Ms. LaTresta Ginyard; Ms. Young-Martinez; and all parties.

/s/     KEN MOLBERG
       JUSTICE